IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KIB BUTTLER SOUTHERS,**

    **Plaintiff,**

vs.                                    Case No. 4:05cv464-RH/WCS

**UNITED STATES, PRESIDENT BUSH,
GOVERNOR BUSH, STATE OF FLORIDA,
et al.,**

    **Defendants.**

_____/

## SECOND REPORT AND RECOMMENDATION

Plaintiff, an inmate proceeding *pro se*, was previously ordered to submit the balance of the filing fee owed for this case because it was belatedly discovered that Plaintiff was not entitled to *in forma pauperis* status.  Docs. 20, 24.  Plaintiff had not admitted to having filed several cases which had been dismissed for reasons which count as "strikes" pursuant to 28 U.S.C. § 1915(e)(2)(B), (g).  The report and recommendation, doc. 20, and the order adopting the report and recommendation, doc. 24, were entered in April, 2006, and Plaintiff had initially been directed to submit the balance of the $250.00 filing fee by May 26, 2006.  Doc. 24.  Plaintiff was then given an

enlargement of time, to July 26, 2006, to comply with that Order.  Doc. 31.  Plaintiff has not paid the full amount of the filing fee as of this date.

Plaintiff has now had ample time to submit the balance of the filing fee.  Because Plaintiff has not complied with that requirement, and because Plaintiff is not entitled to proceed in this case without full payment of the filing fee, *see* 28 U.S.C. § 1915(g),[1] this case should be dismissed without prejudice to Plaintiff refiling the case and *simultaneously* submitting the full filing fee.  See Dupree v. Palmer, 284 F.3d 1234 (11th Cir. 2002).

**RECOMMENDATION**

In light of the foregoing, it is respectfully **RECOMMENDED** that all pending motions in this case be **DENIED** and this action be **DISMISSED without prejudice** because Plaintiff is barred by 28 U.S.C. § 1916(g) from initiating a civil rights case in federal court without full payment of the filing fee, and because Plaintiff has not complied with court orders to pay the balance of the filing fee.

**IN CHAMBERS** at Tallahassee, Florida, on July 28, 2006.

    s/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] The allegations in this complaint have been reviewed, and they fail to demonstrate that Plaintiff is in imminent danger of serious physical injury.  Thus, Plaintiff's allegations do not bring him within the imminent danger exception to § 1915(g).

Case No. 4:05cv464-RH/WCS

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**