# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

KIB BUTTLER SOUTHERS,

    Plaintiff,

v.                                          CASE NO. 4:05cv464-RH/WCS

UNITED STATES, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's second report and recommendation (document 41) and the responses thereto (perhaps intended as objections). See documents 42 and 43. I have reviewed de novo the issues raised by the responses. Upon consideration,

IT IS ORDERED:

The second report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk shall enter judgment stating, "This action is DISMISSED without prejudice." The clerk shall close the file.

SO ORDERED this 3d day of August, 2006.

s/Robert L. Hinkle
Chief United States District Judge

*Case No: 4:04cv135-RH/WCS*